IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM HARTZELL,**<br><br>    Plaintiff,<br><br>    *v.*<br><br>**ADAPTABLE SYSTEMS CORP.**,<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 21-1873-KSM** |

## ORDER

**AND NOW,** this 11th day of May, 2022, upon consideration of Defendant's Motion to Dismiss (Doc. No. 20), Plaintiff's opposition brief (Doc. No. 22), Defendant's Motion for Extension of Time (Doc. No. 25), Defendant's Motion for Summary Judgment (Doc. No. 26), and Plaintiff's opposition brief (Doc. No. 31), it is **ORDERED** as follows:

1.  Defendant's motion to dismiss (Doc. No. 20) is **DENIED.**

2.  Defendant's motion for summary judgment (Doc. No. 26) is **DENIED.**

3.  Defendant's motion for extension of time (Doc. No. 25) is **DENIED AS MOOT.**

4.  Defendant shall file an answer to Plaintiff's Amended Complaint (Doc. No. 7) by **May 16, 2022.**

5.  The parties are directed to contact Magistrate Judge Marilyn Heffley's Chambers to reschedule the settlement conference.[1]

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

_____
**KAREN SPENCER MARSTON, J.**

---

[1] The Court will enter a revised scheduling order after Judge Heffley sets a date for the settlement conference.